# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2022

*The Court of Appeals hereby passes the following order*

**A23I0072. CITY OF GREENSBORO, GEORGIA v. RAYMOND WRIGHT, SR. ET AL. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
SUCV2018000044



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 15, 2022.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

   *Stephen E. Castlen* , *Clerk.*